```
ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,   )<br>                              )<br>        Plaintiff,           )<br>                              )<br>                              )<br>                              )<br>        v.                    )<br>                              )<br>                              )<br>                              )<br> JUSTIN RYAN McCULLY,         )<br>                              )<br>        Defendant.            )<br>_____)<br>_____) | CASE 6:07-mj-0264 WMW<br><br>STIPULATION TO VACATE<br>TRIAL AND SET STATUS<br>CONFERENCE AND PROPOSED ORDER.<br><br><br><br><br>Court: Yosemite Magistrate<br>Judge:<br>Hon. William M. Wunderlich |

    IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW, the Legal Officer for the National Park Service, and Defendant, JUSTIN R. McCULLY, and his Attorney of record, DAN CRONIN, that the Bench Trial in the above-captioned matter be vacated, due to witness unavailability, for June 11, 2008, and the matter placed on docket for rescheduling of trial date by the Court.

Dated: June 10, 2008    By: /s/ Elizabeth Waldow
                                    ELIZABETH WALDOW
                                    Legal Officer for
                                    National Park Service

Dated: June 10, 2008    By: /s/ Dan Cronin
                                    DAN CRONIN
                                    Attorney for JUSTIN R. McCULLY

1
2                          * * * ORDER * * *
3     The Court, having reviewed the above request to vacate the
4  Trial Date, now set for June 11, 2008, and set a Status
5  Conference in the above-captioned matter be rescheduled by the
6  Court, HEREBY ORDERS AS FOLLOWS:
7     1.   The Trial set for June 11, 2008, is vacated.
8     2.   The above-captioned matter will be docketed for
9          rescheduling of trial.
10
11 It is so ordered:
12
13
14
15                         IT IS SO ORDERED.
16     **Dated:   June 10, 2008         /s/  William M. Wunderlich**
                              UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION TO VACATE TRIAL AND SET STATUS CONFERENCE AND ORDER THEREON