1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JUSTIN MCCULLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 6:07-mj-00264 WMW |
|---|---|
| Plaintiff, | AMENDED MOTION FOR EARLY TERMINATION OF PROBATION; ORDER; AND EXHIBIT |
| v. | |
| JUSTIN MCCULLY, | Magistrate: William M. Wunderlich |
| Defendant. | |

The Defendant, Justin McCully, hereby requests early termination of his previously imposed term of informal probation. The motion is made on the grounds that Mr. McCully has complied with all terms of his probation including obeying all laws and paying his fine total of $3750.00 in full. (See Exhibit A.) On July 14, 2008, Mr. McCully entered a guilty plea to operating a motor vehicle under the influence of alcohol and was sentenced to the above referenced fine and 24 months of unsupervised probation on the standard DUI terms. Mr. McCully states to counsel that at the time of sentencing, the court indicated it would consider early termination of probation after the fine was paid and if all other conditions of probation were complied with. Mr. McCully indicates he has.

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

DATED: April 23, 2009                      /s/ Charles J. Lee
                                                  CHARLES J. LEE
                                                  Assistant Federal Defender
                                                  Attorney for Defendant

1

**O R D E R**

**IT IS SO ORDERED that Mr. Justin McCully's informal probation be terminated.**

IT IS SO ORDERED.

Dated:   **April 30, 2009**              /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE

McCully - Motion for Early Termination of Probation
and Proposed Order                          2